AO 442 (Rev. 11/11) Arrest Warrant


SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 18cr10293 |
| CARLOS ACERO PADILLA a/k/a Charly ("PADILLA") | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLOS ACERO PADILLA a/k/a Charly ("PADILLA"),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute carfentinal, a Schedule II controlled substance; in violation of 21 USC 846 and 21 USC 841(a)(1)

Date: 08/28/2018

*Issuing officer's signature*
Antonia Alves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell, U.S. Magistrate Judge~~
*Printed name and title*

City and state: Boston, Massachusetts

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*


# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>ANTON PETROV KULKIN, a/k/a David Solomonov Ashkenazi, a/k/a Emil Ivanov Asenov, a/k/a Toni ("KULKIN")<br><br>*Defendant* | Case No. 18cr10293 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* (1) ANTON PETROV KULKIN, a/k/a David Solomonov Ashkenazi, a/k/a Emil Ivanov Asenov, a/k/a, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute carfentinal, a Schedule II controlled substance; in violation of 21 USC 846 and 21 USC 841(a)(1)

Date: 08/28/2018

City and state: Boston, Massachusetts

*Issuing officer's signature*
Antonia Alves-Baptista, Deputy Clerk
~~Hon. Donald L. Cabell, U.S. Magistrate Judge~~
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |