AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

## for the

### District of Massachusetts

United States of America

v.

CARLOS ACERO PADILLA a/k/a Charly          )          Case No.   18-10293-WGY

)
)
)
)
)
)

*Defendant*

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    CARLOS ACERO PADILLA                                                           ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS CARFENTANIL IN VIOLATION OF 21 U.S.C. 846

Date:    03/06/2019

_____
*Issuing officer's signature*

City and state:    BOSTON, MASSACHUSETTS

Kellyann Belmont, Deputy Clerk
*Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>ANTON PETROV KULKIN a/k/a | ) ) ) ) ) ) ) | Case No.   18-10293-WGY |
| *Defendant* | | |

**SEALED**

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ANTON PETROV KULKIN                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS CARFENTANIL IN VIOLATION OF 21 U.S.C. 846

Date:     03/06/2019

_____
*Issuing officer's signature*

City and state:     BOSTON, MASSACHUSETTS

Kellyann Belmont, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____<br><br>_____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |