UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTON PETROV KULKIN, a/k/a David Solmonov Ashkenazi, a/k/a Emil Ivanov Asenov, a/k/a Toni;<br><br>       Defendant | CRIMINAL No. 18-10293-WGY |

## MOTION TO UNSEAL ARREST WARRANT

The United States of America, by Andrew E. Lelling, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, moves to unseal the arrest warrant for the above-captioned Defendant issued on or about March 6, 2019 in conjunction with the Superseding Indictment listed above.

As basis for the request, this Defendant has been taken into custody in Mexico and the need for the sealing no longer exists.

Respectfully submitted,

By:   */s/ Nadine Pellegrini*
      NADINE PELLEGRINI
      Assistant United States Attorney
      617/748-3261

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

>  */s/Nadine Pellegrini*
>  NADINE PELLEGRINI
>  Assistant United States Attorney

Date: April 4, 2019